# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 23-mc-_____ |
| v. | STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS |
| $11,141 IN U.S. CURRENCY, | |
| Defendant, | |
| and | |
| LAUREN KUBAL, | |
| Claimant. | |

The Plaintiff and the Claimant stipulate, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture August 9, 2023.

1. On or about February 14, 2023, the Minneapolis/St. Paul International Airport Police ("APD") and members of the United States Drug Enforcement Administration ("DEA") seized $11,141.00 in U.S. Currency from the Claimant.

2. The DEA commenced administrative forfeiture proceedings for the Defendant Currency and sent written notice to all known interested parties of its intent to forfeit the currency.

3. On April 11, 2023, Lauren Kubal filed a claim for the Defendant Currency through her attorney, Brian Silber.

4.      The time has expired for any other person to file a claim for the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any portion of the currency have been received from any other individual or entity.

5.      Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6.      The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the Defendant Currency until August 9, 2023 in order to allow time for settlement discussions.

Dated:   June 30, 2023                     ANDREW M. LUGER
                                           United States Attorney

                                           *s/ Quinn Askew*
                                           BY: QUINN ASKEW
                                           Assistant U.S. Attorney
                                           Attorney ID No. 07791ND
                                           600 United States Courthouse
                                           300 South Fourth Street
                                           Minneapolis, MN 55412
                                           612-664-5600
                                           Quinn.Askew@usdoj.gov

Date:   July 5, 2023                       LAW OFFICES OF BRIAN SILBER, P.A.

                                           *s/ Q. Askew for B. Silber*
                                           Brian Silber, Esq.
                                           Attorney ID No. _____
                                           916 South Andrews Avenue
                                           Fort Lauderdale, FL 33316
                                           954-462-3636
                                           silberlaw@gmail.com
                                           Attorney for Claimant